JON R. DEL TURCO
7743 East Windriver Drive
Tucson, AZ  85750-7017
Tel.: 520.577.0838
Fax: 520.299.6650
E-mail: AZEMB@aol.com

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON R. DEL TURCO,<br><br>    Plaintiff,<br><br>vs.<br><br>EMERY WORLDWIDE AIRLINES, INC. et al.,<br><br>    Defendants. | Case No.: C-06-6246 PJH<br><br>**NOTICE OF DISMISSAL** AND ORDER<br>**[FRCP 41(a)(1)]** |

Plaintiff JON DEL TURCO does hereby dismiss the above-styled action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: December 23, 2006

_____
Jon R. Del Turco

IT IS SO ORDERED
Judge Phyllis J. Hamilton

12/29/06

SF #1192380 v1

Notice of Dismissal with Prejudice [FRCP 41(a)(1)]